IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ABOULAYE SALL,

    Petitioner,

v.

ALBERTO GONZALES,
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,

    Respondents.

CV No. 06-0873-KD-M

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated February 12, 2007, is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED without prejudice** as **MOOT**.

**DONE** this  9th day of April, 2007.

    **s/ Kristi K. DuBose**
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**